UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

URSULA MANGIR,

                                  Plaintiff,                    1:22-cv-508 (BKS/DJS)

v.

JOSEPH WILLIAMS, et al.,

                                  Defendant.
_____

**Appearances:**

*For Plaintiff*:
Ursula Mangir
Albany, NY 12201

**Hon. Brenda K. Sannes, United States District Judge:**

## MEMORANDUM-DECISION AND ORDER

Plaintiff pro se Ursula Mangir filed this action on a form complaint for actions under 42 U.S.C. § 1983, alleging breach of contract, fraud and tort causes of action arising out of state family court proceedings. (Dkt. No. 1). This matter was referred to United States Magistrate Judge Daniel J. Stewart who, on May 25, 2022, issued a Report-Recommendation recommending that Plaintiff's complaint be dismissed without prejudice. (Dkt. No. 7). Magistrate Judge Stewart noted that Plaintiff failed to allege the violation of a federal right, failed to allege that any Defendant engaged in state action, and that there was "no other basis on which federal jurisdiction would appear to exist." (*Id.* at 3–4). Magistrate Judge Stewart advised Plaintiff that under 28 U.S.C. § 636(b)(1), she had fourteen days within which to file written objections to the report, and that the failure to object to the report within fourteen days would preclude appellate review. (*Id.* at 5–6). No objections to the Report-Recommendation have been

filed.

As no objections to the Report-Recommendation have been filed, and the time for filing objections has expired, the Court reviews the Report-Recommendation for clear error. *See Petersen v. Astrue*, 2 F. Supp. 3d 223, 228–29 (N.D.N.Y. 2012); Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment. Having reviewed the Report-Recommendation for clear error and found none, the Court adopts the Report-Recommendation in its entirety.

For these reasons, it is hereby

**ORDERED** that Magistrate Judge Stewart's Report-Recommendation (Dkt. No. 7) is **ADOPTED** in all respects; and it is further

**ORDERED** that Plaintiff's complaint (Dkt. No. 1) be **DISMISSED without prejudice**; and it is further

**ORDERED** that the Clerk serve a copy of this Order on the Plaintiff in accordance with the Local Rules.

**IT IS SO ORDERED.**

Dated: <u>July 5, 2022</u>
Syracuse, New York

Brenda K. Sannes
U.S. District Judge

2